Marcella E. CASEY, Appellant,

v.

**PERSONNEL COMMITTEE OF the BOARD OF ALDERMAN, CITY OF RAYTOWN, Missouri, Respondent.**

No. WD 36770.

Missouri Court of Appeals,
Western District.

Nov. 12, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 24, 1985.

Application to Transfer Denied
Feb. 18, 1986.

John C. Russell, Raytown, for appellant.

Robert G. Neds, Kansas City, for respondent.

Before TURNAGE, P.J., and DIXON and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from judgment affirming the dismissal of a city employee. Affirmed. Rule 84.16(b).

All concur.